ZACHARIAH JAQUES, Respondent, *v.* THE NEW YORK ELE-
VATED RAILROAD COMPANY et al., Appellants.

*Jaques v. N. Y. El. R. R. Co.*, 78 Hun, 616, affirmed.
(Argued April 23, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made May 18, 1894, which affirmed a judgment in
favor of plaintiff entered upon a decision of the court on
trial at Special Term.

*Julien T. Davies* for appellants.

*William G. Peckham* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

C. B. KEOGH MANUFACTURING COMPANY, Respondent, *v.* WIL-
LIAM EISENBERG, Appellant.

*Keogh Manfg. Co.* v. *Eisenberg*, 7 Misc. Rep. 79, affirmed.
(Argued April 24, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made January 2, 1894, which affirmed
a judgment in favor of plaintiff entered upon the report of a
referee.

*Abraham L. Fromme* for appellant.

*Abner C. Thomas* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.